# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 05-cv-02422-REB-MJW

ANGELA DEHERRERA-WHITE,

    Plaintiff,

v.

ICG COMMUNICATIONS, INC.,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, Judge**

The parties filed a **Stipulation of Dismissal with Prejudice** [#19] on June 26, 2006. After a careful review of the stipulation and the file, the court concludes that the stipulation should be approved and that the case should be dismissed with prejudice.

**THEREFORE IT IS ORDERED** as follows:

1. That the parties' **Stipulation of Dismissal with Prejudice** [#19] filed on June 26, 2006, **IS APPROVED**; and

2. That this case is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated: June 28, 2006, at Denver, Colorado.

                **BY THE COURT:**

                **s/ Robert E. Blackburn**
                **Robert E. Blackburn**

**United States District Judge**